FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 11:51 am, Oct 07, 2020

AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

OSCAR ADRIAN CASTILLO

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 5:20-cv-73

TRACY JOHNS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court adopting the Report and Recommendation, the 28 U.S.C. § 2241 Petition is hereby dismissed without prejudice, and leave to appeal in forma pauperis is denied. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

Date: October 7, 2020

John E. Triplett, Acting Clerk
Clerk

/s/ Sherry Taylor, Deputy Clerk
(By) Deputy Clerk

GAS Rev 10/2020